OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



FREE OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
$ 00.26⁵
SEP 30 2014
MAILED FROM ZIP CODE 78704

9/25/2014

**BARRERA, ROGER**    Tr. Ct. No. 2010CR5429-W1    WR-82,181-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

ROGER BARRERA
BEXAR COUNTY ADULT-- TDC # 1844036
200 N. COMAL
SAN ANTONIO, TX 78207

RETURN TO SENDER
INMATE RELEASED

NAME AND SID NUMBER DO
NOT MATCH

ITEMS NOT ALLOWED IN THIS
FACILITY

U T F

KGJVS3B 78207